IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

T.B., by and through her natural parent and guardian, Brittany Bryner,

    Plaintiff,

vs.

FERNDALE AREA SCHOOL DISTRICT and TRAVIS ROBINSON,

    Defendants.

Civil Action No. 3:20-cv-136
Judge Stephanie L. Haines

## ORDER

AND NOW, this 20th day of January, 2021, the Court having been advised by the Report of Mediation (ECF No. 30) that this case has resolved, and with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement. The parties are directed to file the appropriate dismissal under Fed. R. Civ. P. 41 upon final resolution of this matter.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record