IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.B., by and through her natural parent and guardian, Brittany Bryner, | )<br>)<br>) |
| Plaintiff | ) CASE NO. 3:20-cv-00136 |
| | ) |
| v. | )<br>) |
| | ) **ELECTRONICALLY FILED** |
| Ferndale Area School District, Travis Robison, | )<br>) |
| Defendants | )<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

AND NOW, come the parties, by and through their undersigned counsel and hereby stipulate that all claims raised in Plaintiff's Complaint against the Defendants, Ferndale Area School District and Travis Robison are hereby dismissed with prejudice. The parties have agreed and fully executed a settlement agreement.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer O. Price | /s/ Jennifer L. Dambeck |
| The Law Office of Jennifer O. Price | Beard Legal Group, P.C. |
| 3950 William Penn Highway, Suite 6 | 3366 Lynnwood Drive |
| Murrysville, PA 15668 | Altoona, PA , 16602 |
| (724) 519-7587 | (814) 943-3304 |
| PA Bar No. 306382 | PA Bar No. 312999 |

1