IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.B., by and through her natural parent and guardian, Brittany Bryner, | )<br>)<br>) |
| Plaintiff | ) CASE NO. 3:20-cv-00136 |
| v. | )<br>)<br>) |
| | ) **ELECTRONICALLY FILED** |
| Ferndale Area School District, Travis Robison, | )<br>) |
| Defendants | ) |

## ORDER OF COURT

AND NOW, this 7th day of April, 2021, upon consideration of the Stipulation for Dismissal with Prejudice of All Claims Against All Defendants (ECF No. 32), it is hereby ORDERED that the terms and provisions agreed to by the parties in their aforementioned Stipulation are hereby approved and adopted as the Order of this Court.

BY THE COURT:

_____
Stephanie L. Haines
United States District Judge